IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KELLI MERRICK, CARMEN SENDEJAS, KEITH LOTT, ERRICK STRINGFELLOW, JESSICA MANGIACARINA, TRACY SYLVESTER, Mayor DAVID GONZALEZ, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| LORI J. WILCOX, Bloom Township Democratic Committeeperson, BLOOM TOWNSHIP DEMOCRATIC ORGANIZATION, KELLEY D. NICHOLS, LARECIA BYRD TUCKER, FRANCISCO PEREZ, LEONARD MORGAN, RICARDO LEON JR., ROBERT BENAVIDES, LESHAWN RIDLEY, Clerk KAREN A. YARBROUGH, in her official capacity as Clerk of Cook County, | ) ) ) ) ) ) ) ) ) ) ) | Case No. 20 CV 07782 |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

To:   *See Attached Service List*

   The Plaintiffs hereby dismiss this cause pursuant to Rule 41(a)(i).

                                        Respectfully submitted,
                                        Plaintiffs

                                        By: */s/ Cynthia S. Grandfield*
                                             Cynthia S. Grandfield

Michael T. Del Galdo│delgaldo@dlglawgroup.com
Cynthia S. Grandfield│grandfield@dlglawgroup.com
Tiffany Nelson-Jaworski│jaworski@dlglawgroup.com
DEL GALDO LAW GROUP, LLC
1441 S. Harlem Avenue
Berwyn, Illinois 60402
(t) (708) 222-7000 / (312) 222-7000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that she caused a copy of the foregoing Notice to be filed and served via CM/ECF upon all counsel of record identified on the Service List on March 6, 2021.

/s/ *Cynthia S. Grandfield*